IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| RANDALL A. and AMY L. SCHNEIDER, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 5:13-cv-04094-SAC-KGS |
| | ) |
| CITIMORTGAGE, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**AFFIDAVIT OF CUSTODIAN OF BUSINESS RECORDS**

STATE OF  Kansas  )
                   ) ss:
COUNTY OF  Shawnee )

I, Greg Hoehl, being first duly sworn upon oath, depose and say that: I am a duly authorized custodian of the business records of  [name of business] Kansas Secured Title, and have the authority to certify those records.

The documents attached to this affidavit are true and correct copies of the records described in the subpoena.

The records were prepared and/or maintained by the personnel or staff of the business, or persons acting under their control, in the regular course of the business at or about the time of the act, condition or event recorded.

_____
Affiant

In witness whereof I have hereunto subscribed my name and affixed my official seal this  9th  day of  October , 2014.

_____Robin Elliot_____
(Notary)

(Seal)

ROBIN ELLIOT
MY COMMISSION EXPIRES
6-14-2018

1159143